RECEIVED
JAN 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff ZAWAI A MARh A

Case No. SA25CA0071 FB

V.

① Donold Trump
   white House
Defendant 1600 Pennsylvaic Avenue

② Elon Musk (X)

③ Mark Zuckerberg
   facebook and Instagram
④ google CEO Sundar Pichai
⑤ microsoft Satya Nadella
⑥ Tik Tok Shouzi Chew
⑦ what app Jan Koum
⑧ Bill gates

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Texas 

SAN ANTONIO Division

Zavala Mark A
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Donald Trump Ex Al
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. SA25CA0071FB
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mark A Zavala
Street Address: Second St 113 (P.O. Box 172)
City and County: Uvalde
State and Zip Code: TX 78870
Telephone Number: 830-333-3642
E-mail Address: zavalamarkanthony@gmail

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Donald Trump
- Job or Title (if known): ex President
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Elon Mush
- Job or Title (if known): C.E.O. Space X
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Mark Zuckerberg
- Job or Title (if known): C.E O Face Book
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Sondar Pichai
- Job or Title (if known): C.E.O google
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

---

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-17-25

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Zavala Mark Anthony

B. **For Attorneys**

Date of signing: _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Street Address             _____
State and Zip Code         _____
Telephone Number           _____
E-mail Address             _____

I would like to mention that my civil Right(s) have been violated in so many ways, that. This Individuals has indeed used my platform and suffering, legal Issues, monopoly win The white House and dislike to the public in way(s) that, (I) Mark Anthony Zavala, I created a couple of platfrom(s) on thier App,(s) and used App(s) for other personal, legal, and Entertainmat My platform(s) where Crusader for Justice Finding your inter ability, Relationship(s) Issues, finding your soul mate(s), This conspiracy dost not end in here but goes back 15 year, I notice a lot on thier app.(s), sit.(s) my Due process whas indeed violated. This act leads to harm or damages to other Indurdels., party, believs life. Pinkerton v. United states 328 U.S. 640 (1946) I Am sich going on 15 year or more.

P. 1 of

I have medical issues, I Request of court appoint. under the Law this case is a evaluation, controversy clause. Hamdi v. Rumsfeld (2004) my freedom has been denied in way(s) I would point out. In other issues. As my civil case(s) proceed with the federal court. There would be key issues that only Right hand knows, That the left hand doesn't know of issues only me because I am in between both of them. My Due process clause of the Fourteenth Amendment of the Constitution was violated Goss v. Lopez 419 U.S. 565 (1975) 18 U.S. Code § 2261 (A) Federal Law Prohibits stalking in all forms. I am sick in multiple issues. I got headaches, pain, and other thing.(s) as of now. I have been denied my medical

p. 2 of

treatment, my life is, has been in danger and would be. I Request protection. I am fighting for my life, Right(s) and the future of Earth (Mother). I have enemies. I would be adding more Defendent(s) and legal Issue(s) and Right(s) Violated. I have transportation Issue(s), bear in mind.! I have question(s) of the DEI programs and other programs that this platfrom(s) use, the App(s) on their device(s) or platfrom(s). I would be very busy but trying to stay in good health with out medical treatment(s) because of transfestation. These platfrom s were created within of May, June, July, Aug of 2024. Note. I created on their platfomms, App device(s) This DEI is a civil Right violation(s) in way(s) I would point out.

p. 3 of